**Edward PERUTA; Michelle Laxson; James Dodd; Leslie Buncher, Dr.; Mark Cleary; California Rifle and Pistol Association Foundation, Plaintiffs–Appellants,**

**State of California, Intervenor–Pending,**

v.

**COUNTY OF SAN DIEGO; William D. Gore, individually and in his capacity as Sheriff, Defendants–Appellees.**

No. 10–56971.

United States Court of Appeals, Ninth Circuit.

March 26, 2015.

### ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this

---

11. Crow Housing does not argue that it has already expended grant funds.

case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion and order denying motions to intervene shall not be cited as precedent by or to any court of the Ninth Circuit.